```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

```
UNITED STATES OF AMERICA,    )          4:97CR3044
                             )
          Plaintiff,         )
                             )              ORDER
     vs.                     )
                             )
RANDALL B. THOMAS,           )
                             )
          Defendant.         )
```

On November 14, 2005, a dispositional hearing was held. The United States was represented by Sara Fullerton, Assistant United States Attorney. The defendant was present and represented by Michael J. Hansen. Upon accepting the defendant's admission to allegations 1 through 3 that he violated the Special Conditions of his conditions of supervision, the Court found that the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 53).

IT IS ORDERED that the defendant's term of supervised release is revoked. A term of supervised release is reimposed for period of twelve (12) months on the same terms and conditions contained in the Judgment and Commitment Order filed on January 27, 1999. In addition, the three following special conditions will be continued:

1.   Defendant shall participate in the Home Confinement Program under electronic monitoring for a period of three (3) consecutive months. Home confinement shall commence according to a schedule arranged by the Home Confinement Specialist for the District of Nebraska. The defendant shall comply with the provisions of the Home Confinement Participant Agreement for the District of Nebraska and shall pay the costs of electronic monitoring if he is able to.

2.   The supervised releasee shall attend, pay for and successfully complete an anger management program, as directed by the United States Probation Officer.

3.   The supervised releasee shall complete two hundred fifty (250) hours of community service as approved and directed by the probation officer. The defendant shall be responsible for providing the United States Probation Officer with written proof of the number of hours completed as directed. (Defendant shall be given credit for one hundred five (105) hours of completed community service. In other words, he has 145 additional hours to complete.)

All other terms and conditions of supervision, both general and special, shall remain the same.

DATED: November 15, 2005.

                              BY THE COURT:

                              s/ Richard G. Kopf
                              United States District Judge