UNITED STATES DISTRICT COURT

for

District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 NOV 14  PM 4: 02

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| **Name of Offender:** | Randall Thomas | **Docket Number:** | 4:97CR3044 |

**Sentencing Judge:**  The Honorable Richard G. Kopf
United States District Judge

**Date of Original Sentence:**  January 26, 1999

**Original Offense:**  Conspiracy to Distribute Cocaine Base
21 U.S.C. 841(a)(1) and 846

**Original Sentence:**  28 months imprisonment; five years supervised release

**Date of Revocation Sentence:**  November 14, 2005

**Revocation Sentence:**  12 months supervised release

**Type of Supervision:**  Supervised Release

**Date Supervision Commenced:**  November 14, 2005

==========================================================================

### PETITIONING THE COURT

X    To extend the term of supervision for __12 months__, for a total term of __24 months__.

___   To modify the conditions of supervision as follows:

   The offender's supervision be extended so he can complete remaining community service.

      Mr. Thomas was ordered to complete 250 hours of community service. On November 14, 2005, your Honor afforded Mr. Thomas the opportunity to complete the remaining 145 hours during his 12 month period of supervision.

                    Respectfully submitted,

                    /s/ _____ for
                    Williamette S. Gallagher
                    Senior U.S. Probation Officer
                    Date: November 13, 2006

THE COURT ORDERS
==================================================================

___     No Action

_X_     The Extension of Supervision as Noted Above

___     The Modification of Conditions as Noted Above

___     Other

                    /s/ _____
                    U.S. District Judge

                    11/13/06
                    Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The extension of my supervised release by one year to allow me to complete my remaining community service obligation.

Witness: _____ for     Signed: _____
Williamette S. Gallagher                               Randall Thomas
U.S. Probation Officer                                  Offender

Date: 11-13-06